No. 530, Misc.   DAVIS  v.  SMYTH,  SUPERINTENDENT.
Supreme Court of Appeals of Virginia.   Certiorari denied.

No. 531, Misc.   STEPHENSON  v.  PAGE, WARDEN.   C. A.
3d Cir.   Certiorari denied.

No. 534, Misc.   SPRUILL  v.  BROOKS.   United States
Court of Appeals for the District of Columbia Circuit.
Certiorari  denied.

No. 535, Misc.   LOGAN  v.  HARTY.   United States Court
of Appeals for the District of Columbia Circuit.   Certio-
rari  denied.   *I. H. Halpern* for petitioner.   *Emory B.
Smith* for respondent.

No. 536, Misc.   HARRIS  v.  ILLINOIS.   Circuit Court of
Sangamon County, Illinois.   Certiorari denied.

No. 537, Misc.   WILKINS  v. UNITED STATES.   C. A. 4th
Cir.   Certiorari denied.

No. 538, Misc.   HAMPTON  ET  AL.  v.  VIRGINIA.   Su-
preme Court of Appeals of Virginia.   Certiorari denied.
*Martin A. Martin* for petitioners.   *J. Lindsay Almond,
Jr.,* Attorney General of Virginia, for respondent.

No. 541, Misc.   KEMMERER  v.  MICHIGAN.   Supreme
Court of Michigan.   Certiorari denied.

No. 542, Misc.   KEITH  v. MILLER, WARDEN.   Supreme
Court of Wyoming.   Certiorari denied.

No. 543, Misc.   DI SILVESTRO  v.  UNITED STATES  VET-
ERANS' ADMINISTRATION.   C. A. 2d Cir.   Certiorari de-
nied.   Petitioner *pro se*.   *Solicitor General Perlman* for
respondent.